FILED

08 APR 25 PM 2: 35

U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

BY: _____ DEPUTY

# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DOUGLAS MORE, an individual, <br><br> Plaintiff, <br><br> vs. <br><br> BRACHFELD & ASSOCIATES, an entity of unknown form; ERICA BRACHFELD, an individual; UNIFUND CCR PARTNERS, an entity of unknown form; and DOES 1-10, inclusive, <br><br> Defendants. | CASE NO. 06-CV-2664 WQH (AJB) <br><br> **ORDER (1) GRANTING JOINT MOTION FOR DISMISSAL OF DEFENDANT UNIFUND CCR PARTNERS WITH PREJUDICE, AND (2) DISMISSING CASE IN ITS ENTIRETY** <br><br> The Honorable William Q. Hayes |

Pursuant to the stipulation of the parties and good cause appearing, plaintiff Douglas More and defendant Unifund CCR Partners' Joint Motion for Dismissal (Doc. # 24) of Defendant Unifund CCR Partners is GRANTED.

IT IS HEREBY ORDERED THAT pursuant to Federal Rule of Civil Procedure 41(a)(1), defendant Unifund CCR Partners is hereby dismissed with prejudice from this action.

After reviewing the docket in this case, the Court concludes that there are no active Defendants remaining. Accordingly, this case is hereby dismissed in its entirety. The Clerk of the Court is Ordered to close this case.

**IT IS SO ORDERED**.

DATED: 4/24/08

By: _____
Hon. William Q. Hayes
United States District Judge